Attorney(s): Helen F. Dalton & Associates P.C.
Index #: 23-cv-09028-DEH
Purchased/Filed: October 16, 2023
State of: New York
Court: U.S. District
County/District: Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Tina Marie Lauriano etal

Plaintiff(s)

against

Lucy Chicken Corp. etal

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 70 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

**Holly Atkins**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 31, 2023**, at **1:48 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons & Complaint Civil cover Sheet**

on

**Lucky Chicken Grill Inc.**

,

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
31st day of October, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Holly Atkins
Invoice·Work Order # 2347483
Attorney File # 20165753