UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TINA MARIE LAURIANO, individually and on behalf of
all others similarly situated,

                Plaintiffs,

              -against-

LUCKY CHICKEN CORP., LUCKY CHICKEN GRILL
CORP, PINDER PAUL and RAJINDER PAUL, as an
individual,

              Defendants.
------------------------------------------------------------------X

Civil Docket No.:
23-CV-9028

**AFFIRMATION OF SERVICE**

      Roman Avshalumov, Esq., affirms the truth of the following under the penalty of perjury:

      That I am not a party in the action, am over the age of eighteen (18) years, and reside in Queens, New York. On November 30, 2023, I served the following documents upon LUCKY CHICKEN CORP., LUCKY CHICKEN GRILL CORP, PINDER PAUL and RAJINDER PAUL, as an individual,

              **MOTION to Adjourn Conference; Dated November 30, 2023.**

***via* United States Certified First-Class Mailing**; by depositing true and correct copies thereof in to a post-paid wrapper, in an official depository under the exclusive care and custody of a USPS Service located within the State of New York, and addressed to the following person and entity, at their last known address set forth below:

**PINDER PAUL and RAJINDER PAUL**
2153 75th Street, APT 1
East Elmhurst, NY 11370
**Tracking # 9589 0710 5270 1239 6144 54**


Dated:  Kew Gardens, New York
         November 30, 2023

                                          *Roman Avshalumov*
                                          Roman Avshalumov, Esq.
                                          Helen F. Dalton & Associates, P.C.
                                          80-02 Kew Gardens Road, Suite 601
                                          Kew Gardens, New York 11415