UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA MARIE LAURIANO,

                Plaintiff(s),

        v.

LUCKY CHICKEN CORP., et al,

                Defendant(s).

23-CV-9028 (DEH)

ORDER

DALE E. HO, United States District Judge:

WHEREAS this case has been referred to mediation, *see* ECF No. 16, it is hereby

ORDERED that the initial pretrial conference scheduled for January 4, 2024, is ADJOURNED

*sine die*.  In the event the parties do not reach a settlement through mediation, they shall

promptly meet and confer pursuant to Fed. R. Civ. P. 26(f) in preparation for their initial pretrial

conference with the Court, and thereafter provide the court with (1) a joint status letter and

proposed case management plan, and (2) a letter proposing mutually convenient dates to meet for

the initial pretrial conference.

      SO ORDERED.

Dated: December 22, 2023
       New York, New York

                                            DALE E. HO
                              United States District Judge