UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA MARIE LAURIANO,<br><br>                      Plaintiff,<br><br>      v.<br><br>LUCKY CHICKEN CORP., et al.,<br><br>                      Defendants. | 23-CV-9028 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Mediation in this case was held but was unsuccessful in resolving any issue in this case; accordingly, on February 28, 2024, the Mediation Unit considered the Court's referral to be completed. *See* ECF No. 18.

    It is hereby ORDERED that the parties shall, by **March 13, 2024**, file a joint status letter with an attached proposed case management plan, pursuant to the Court's instructions at ECF Nos. 8, 17. The parties shall additionally meet before the Court via Microsoft Teams on **March 22, 2024, at 11:00 a.m. (E.T.)**, for an initial pretrial conference. The parties are instructed to dial 646-453-4442, enter the meeting code 738051353, and press pound (#).

    SO ORDERED.

Dated: March 4, 2024
       New York, New York

                                                      DALE E. HO
                                       United States District Judge