

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

March 13, 2024

The Honorable Dale E. Ho, U.S.D.J
Daniel Partick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:  ***Lauriano v. Lucky Chicken Corp. et al***
        Civil Docket No.: 1:23-cv-09028-DEH

Dear Judge Ho:

  Our office represents Tina Marie Lauriano, individually and on behalf of all others similarly situated ("Plaintiff") in this Action, and we respectfully submit this letter jointly with counsel for Defendants Lucky Chicken Corp. and Lucky Chicken Grill Inc., Pinder Paul and Rajinder Paul, as individuals (collectively, "Defendants"), pursuant to the Court's December 22, 2023 Order (Dkt. No. 17).

  The parties request an Initial Pretrial Conference in this matter.

### Factual and Legal Basis for the Claims

  Plaintiff brings this lawsuit pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Laws ("NYLL") alleging that she was not paid proper overtime rates when working in excess of 40 hours per week. Plaintiff alleges that, as a former employee of Defendants, she regularly worked approximately sixty-six (66) hours per week but was paid the same regular hourly rate of pay for all hours worked. Additionally, Plaintiff brings this lawsuit pursuant to NYLL alleging that she was not paid the appropriate minimum wages during her employment and an additional hour of minimum wage for each day worked over ten (10) hours per day. Plaintiff alleges that she worked in excess of ten (10) hours or more hours per day approximately six (6) days per week. Lastly, Plaintiff further alleges that she was not provided proper wage notices and wage statements pursuant to the NYLL.

### Defenses

  Defendants allege plaintiff has exaggerated the number of hours she worked each day and each week, including breaks, and has not accurately alleged the amount of wages she received, including tips. Defendants further contend that plaintiff lacks Article III standing to raise claims under the New York State Wage Theft Protection Act for violations of New York State Labor Law 195(1) and (3), and that the Court lacks

jurisdiction over defendants under the Fair Labor Standards Act on the ground defendants failed to meet the $500,000 threshold for such suit. Defendant Rajinder Paul claims that at all times relevant to the action he was not plaintiff's employer as that term is defined in the Fair Labor Standards Act and the New York Labor Law.

### Jurisdiction and Venue

It is Plaintiff's position that this Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to the FLSA, 29 U.S.C. §216 and 28 U.S.C. §1331; that this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367; and that venue is proper in the Southern District of New York pursuant to 18 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to the claims herein occurred in this judicial district.

### Deadlines, Due Dates, and/or Cut-off Dates

The parties have no outstanding deadlines as of this time.

### Outstanding Motions

There are currently no outstanding motions.

### Preliminary Certification of a Collective Action

Plaintiff does not intend to move for preliminary certification of collective action at this time.

### Discovery

To date, the parties have exchanged limited discovery. Specifically, the parties have exchanged their responses pursuant to the Court's Mediation Referral Order (Dkt. No. 16).

### Prior Settlement Discussions

The parties conducted their first mediation conference on February 16, 2024 but were unable to settle and have conferred and agreed to proceed with Discovery.

### Proposed Initial Conference Dates

An Initial Conference was ordered to be held on March 22, 2024.

We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information necessary.

Respectfully submitted,

        **/s/**
Katelyn M. Schillaci, Esq.

**CC** *(via ECF)*:

**Arthur Harvey Forman**
Arthur H. Forman, Esq.
98-20 Metropolitan Avenue
Forest Hills, NY 11375
(718) 268-2616
(718) 575-1600 (fax)
ahf@ahforman.com