UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA MARIE LAURIANO,<br><br>      Plaintiff,<br><br>    v.<br><br>LUCKY CHICKEN CORP., et al.,<br><br>      Defendants. | 23-CV-9028 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  As discussed on the record before the Court on August 8, 2024, the following deadlines shall apply:

- Defendants' partial summary judgment motion shall be filed by **October 8, 2024**

- Plaintiff's opposition shall be filed by **November 8, 2024**

- Defendants' reply shall be filed by **November 22, 2024**

  In addition, Plaintiff shall file its corrected stipulation of dismissal of named Defendant Lucky Chicken Grill Inc. within **two weeks** of this Order.

  SO ORDERED.

Dated: August 8, 2024
    New York, New York

                        DALE E. HO
                      United States District Judge