UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
TINA MARIE LAURIANO, individually and on behalf of all others similarly situated,

                                             Plaintiff,

     -against-

LUCKY CHICKEN CORP. and PINDER PAUL, as an individual,

                                          Defendants.
-------------------------------------------------------------------X

**~~PROPOSED~~**
**JUDGMENT ORDER**

**1:23-cv-09028-DEH**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 18, 2026 and Defendants, LUCKY CHICKEN CORP. and PINDER PAUL, as an individual, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff TINA MARIE LAURIANO in the amount of **Eighty Thousand Dollars ($80,000.00)**, inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees;

it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff TINA MARIE LAURIANO and against Defendants, LUCKY CHICKEN CORP. and PINDER PAUL, as an individual, in the amount of Eighty Thousand Dollars ($80,000.00), inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees.

**The Clerk of Court is respectfully directed to close the case.**

**SO ORDERED.**

Page **1** of **1**

Dale E. Ho
United States District Judge
Dated: June 22, 2026
New York, New York